```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14679
   ERNIE COMPTON
   LINDA R COMPTON                          CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-6881     SSN XXX-XX-3131

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/09/06 and confirmed on 02/16/07.

   2.  The case was dismissed after confirmation, 05/11/2007.

   3.  The Debtor paid a total of $   2450.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 1700.00 | .00 | .00 |
| HINSDALE POINT CONDO ASS | SECURED | 4703.73 | .00 | 417.38 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 5575.00 | 144.17 | 561.04 |
| CAPITAL ONE BANK | UNSECURED | 670.73 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10996.00 | .00 | .00 |
| ALLIANCE LAUNDRY SYSTEMS | UNSECURED | 14262.00 | .00 | .00 |
| MARLIN LEASING | UNSECURED | 4078.21 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1611.59 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1802.85 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 732.13 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2741.85 | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | 556.84 | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | 1835.66 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 509.50 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11978.73 | .00 | 39797.36 | .00 | 51776.09 |
| PRINCIPAL PAID | 978.42 | .00 | .00 | .00 | 978.42 |
| INTEREST PAID | 144.17 | .00 | .00 | .00 | 144.17 |

```
TOTAL PAID              1122.59         .00         .00         .00    1122.59
```
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $   1500.00  direct and $   1212.12   through the plan.

The Trustee received $    115.29 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/10/07                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE